# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DESIGNATION OF CHAIR | : No. 136 |
| | : |
| AND VICE-CHAIR OF THE | : DISCIPLINARY RULES DOCKET |
| | : |
| PENNSYLVANIA INTEREST ON | : |
| | : |
| LAWYERS TRUST ACCOUNT BOARD | : |

## O R D E R

**PER CURIAM:**

AND NOW, this 11th day of August, 2015, Irwin W. Aronson, Esquire, is hereby designated as Chair and the Honorable Jacqueline L. Russell as Vice-Chair of the Pennsylvania Interest on Lawyers Trust Account Board commencing September 1, 2015.